No. 98–6260. HOOKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6262. GENTILE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6267. GRANADOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6271. PEKER v. FADER ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–6284. OVIEDO ROSALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6285. SCRUGGS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6286. MARTINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6290. MING HOI WONG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6291. VICKERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6295. BASWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6301. CARBAUGH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6304. ALLMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6307. McKINNEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6315. RAMIREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6326. MURPHY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6327. McCOY v. UNITED STATES. Ct. App. D. C. Certiorari denied.